# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE JANE FRASER, | Case No.: 1:12-01900-SAB |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE BRIEF |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On August 6, 2013, the parties filed a stipulated request that an extension of time be granted to allow Defendant to file a responsive brief. (ECF No. 15.) The Court shall grant the parties' request.

Accordingly, IT IS HEREBY ORDERED that:

1. The Commissioner shall file a responsive brief on or before September 9, 2013; and

2. Plaintiff may file a reply brief on or before September 25, 2013.

IT IS SO ORDERED.

Dated: __August 7, 2013__

_____
UNITED STATES MAGISTRATE JUDGE